**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1836**

ROSARIO A. FIORANI, JR.,

Plaintiff – Appellant,

v.

ALBERT LOWRY,Personally and in his capacity as: Leader agent
for EAI and ES; ENTREPRENEURIAL SYSTEMS, LLC, and/or its
successor(s) and assigns; EDUCATION ADVANCEMENT INSTITUTE,
personally and in his official capacities; ADAM LEVINE,
Esq., personally and in his official capacities Agent for
Lowry, EAI and ES; SETH BERENZWEIG, Esq., personally and in
his official capacity as Agent(s) for Lowry, EAI and ES;
SARAH ZAFFINA, Esq., personally and in her official capacity
as: Agent for Lowry, EAI and ES; DOUGLAS HERNDON, Judge;
DENIS SMITH, Judge, In his personal and official capacities,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    James R. Spencer, Chief
District Judge.    (3:08-cv-00394-JRS)

Submitted: October 21, 2008          Decided: October 24, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rosario A. Fiorani, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fiorani v. Lowry</u>, No. 3:08-cv-00394-JRS (E.D. Va., July 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>